NO. 07-04-0366-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 4, 2005

______________________________

IN THE MATTER OF THE MARRIAGE OF MISTY JEAN HAMMIT

AND KENNETH BRIT HAMMIT
 AND IN THE INTEREST OF

KENNETH DAKOTA HAMMIT, 
HALEY ELIZABETH  HAMMIT,

 
AND TORI ANNE HAMMIT, CHILDREN

_________________________________

FROM THE 316TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 33,669; HONORABLE JOHN LAGRONE, JUDGE

_______________________________

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

CONCURRING OPINION

I would concur with the results reached by Justice Reavis, but agree with the reasoning as expressed by Chief Justice Quinn in holding that the two paragraphs at issue are ambiguous and in need of clarification.  I would, therefore, affirm the trial court’s clarification. 

Mackey K. Hancock

        Justice